

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00361-CV

**IN RE** Brian **GILROY**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:        Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: June 14, 2023

PETITION FOR WRIT OF MANDAMUS DISMISSED

Relator filed an agreed motion to dismiss petition for writ of mandamus. Consequently, we lift our April 26, 2023 order staying trial court proceedings, grant the motion, and dismiss the petition for writ of mandamus.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-CI-20684, styled *Brian Gilroy v. Patrick Corbett, Jim Hale, Ryan Menius and Mark Menius*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Marisa Flores presiding.